Anna GIABOURANI, Plaintiff–Appellant,

v.

WELLS FARGO BANK, N.A., Defendant–Appellee,

and

Elizabeth Madden, Defendant.

No. 15-2344

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: November 14, 2016

Edward L. Bleynat, Jr., Ferikes & Bleynat, PLLC, Asheville, North Carolina, for Appellant. Jim D. Cooley, W. Clark Goodman, Womble Carlyle Sandridge & Rice, LLP, Charlotte, North Carolina, for Appellee.

Before KING, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anna Giabourani appeals the district court's orders dismissing her claim of negligent representation and granting summary judgment for the Appellee on Giabourani's remaining claims and on the Appellee's counterclaims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. Giabourani v. Wells Fargo Bank, N.A., No. 2:12–cv–00042–MR, 2015 WL 5714538 (W.D.N.C. Sept. 30, 2013 & Sept. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED